■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT WATSON, Appellant, v MELVIN I. HOLLINS, Respondent. [753 NYS2d 841] —Order, Supreme Court, New York County (Brenda Soloff, J.), entered March 19, 2002, which denied petitioner's

application for a writ of habeas corpus, and dismissed the petition, unanimously affirmed, without costs.

The Parole Board's determination denying petitioner parole was rationally based on the seriousness of petitioner's crimes (*see Matter of Silmon v Travis*, 95 NY2d 470, 476). To the extent that petitioner challenges the Board's 1999 denial of parole, review of that determination is barred by the four-month statute of limitations (*see Matter of Carter v State of New York*, 95 NY2d 267, 270). We have considered petitioner's other arguments and find them to be without merit. Concur—Saxe, J.P., Buckley, Rosenberger, Lerner and Gonzalez, JJ.